# EXHIBIT 1

Dawn V Brown

March 7, 2019

**DYNAMIC RECOVERY SOLUTIONS**
135 Interstate Blvd. | Greenville, SC 29615

Original Creditor: FIA Card Services, NA / Hawaiian Airlines ● Original Account Number: ************
DRS Reference Number:
Current Creditor: Cavalry SPV I, LLC ● Reference Number:
Current Balance: $9,715.18

Dear Dawn V Brown,
The above referenced account has been placed in our office for collection.

① Our office will allow you to resolve your account for $4,371.83. Your payment is due on April 21, 2019. We are not obligated to renew this offer. Upon receipt and clearance of this payment, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

② Our office will allow you to resolve your account for $4,857.59 in 2 payments of $2,428.80 and $2,428.79. Your first payment is due on April 21, 2019. We are not obligated to renew this offer. To comply with this offer, payments should be no more than 30 days apart. Upon receipt and clearance of these two payments, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

③ Our office will allow you to resolve your account for $5,343.35 in 3 payments of $1,335.84 and a final payment of $1,335.83. Your first payment is due on April 21, 2019. We are not obligated to renew this offer. To comply with this offer, payments should be no more than 30 days apart. Upon receipt and clearance of these four payments, this account will be considered satisfied and closed. A satisfaction letter will be issued or;

④ If you are unable to accept the above offers, please contact our office. We take pride in working with all consumers, regardless of your current financial position.

**Customer Service: 844-838-4048**

http://drs.cssimpact.com/negotiator/

**PO BOX 25759, GREENVILLE, SC 29616-0759**

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that you dispute the validity of the debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within 30 days after receipt of this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Scan this code with your smartphone to pay your bill online.

The law limits how long you can be sued on a debt. Because of the age of your debt, Cavalry and Dynamic Recovery Solutions cannot sue you for it and Cavalry and Dynamic Recovery Solutions cannot report it to any credit reporting agency.

---

Please Detatch And Return in The Enclosed Envelope With Your Payment.

PO BOX 25759
GREENVILLE, SC 29616-0759

**Payment Options: Online** - visit us at http://drs.cssimpact.com/negotiator ● **Money Gram** - use code 7143
**PayPal** - send payment to payment@gotodrs.com ● **Check or Money Order** - payable to Dynamic Recovery Solutions

| TO PAY BY CREDIT CARD, PLEASE COMPLETE THE SECTION BELOW | ☐ VISA | ☐ MasterCard | ☐ Check | ☐ Money Order |

| CARD NUMBER | EXP. DATE |
| SIGNATURE | SECURITY CODE |
| ACCOUNT # 097496390 | CIRCLE PAYMENT OPTION  1  2  3  4 | AMOUNT |

Dawn V Brown

DYNAMIC RECOVERY SOLUTIONS
PO BOX 25759
GREENVILLE, SC 29616-0759

153

PCI COMPLIANT

ACA International

573558   00052483
4OA        Dynamic.wfd
           Page 1 of 1

00052483   573558
Page 1 of 1